IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | **CRIMINAL NO. 4:22-CR-298-SDJ-CAN-1** |
| **JOSE ANGEL DE DIOS-FARIAS (1)** | § § § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on April 4, 2023, to determine whether Defendant violated his supervised release. Defendant was represented by Brian O'Shea. The Government was represented by Michael Anderson.

On February 27, 2019, United States District Judge Marina Garcia Marmolejo, sentenced Defendant to a term of twenty-seven (27) months followed by two (2) years of supervised release in the U.S. District Court for the Southern District of Texas. *See* Dkts. 1, 2. On July 19, 2019, Defendant completed his term of imprisonment and began serving the term of supervision. *See* Dkt. 2. On November 4, 2022, United States District Judge Marina Garcia Marmolejo ordered the jurisdiction of supervised release for Defendant be transferred to the United States District Court for the Eastern District of Texas, Sherman Division. *See* Dkt. 1.

On February 7, 2023, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 2), alleging Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state or local crime; and (2) If Defendant is ordered deported from the United States, Defendant must remain outside the

United States, unless legally authorized to re-enter. If Defendant re-enters the United States, Defendant must report to the nearest probation office within seventy-two (72) hours after Defendant's return. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

- On December 9, 2020, Defendant was named in a one-count Indictment in the Eastern District of Texas in Docket No. 4:20CR372. The Indictment charged him with Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine, in violation of 21 U.S.C. § 846. This offense occurred from sometime in or about August 2020, up to an including the date of the Indictment. First and Second Superseding Indictments were subsequently filed, which added additional codefendants. On June 14, 2022, Defendant entered a guilty plea and is awaiting sentencing in this case.

- On July 19, 2019, Defendant was deported from the United States to Mexico. He was arrested by agents with the Drug Enforcement Administration on December 12, 2020, for a new criminal law violation involving the distribution of a controlled substance. At the time of his arrest, Defendant was unlawfully present in the United States, as he had not received permission to reside in or reenter the United States. Additionally, Defendant did not report to the U.S. Probation Office within seventy-two (72) hours of his return to the United States.

On April 4, 2023, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for April 4, 2023. Defendant entered a plea of true to allegations one and two, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt. 17. The Court finds that Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the April 4, 2023 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months, with no term of supervised release to follow. The Court further recommends Defendant be placed at FCI Seagoville in Seagoville, Texas if appropriate.

**So ORDERED and SIGNED this 5th day of April, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE